UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ALFRED MAY** | **DOCKET NO. 2:21-CV-0864** |
| DOC. 629775 | SEC. P |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Alfred May's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this 27th day of July 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE